■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM HARRIS, Appellant, v. HAROLD W. FOLLETTE, as Warden of Green Haven Prison, Respondent.— Judgment of the Supreme Court, Dutchess County, dated March 20, 1967 (upon a decision dated February 6, 1967), affirmed, without costs (*People ex rel. Diaz* v. *Follette*, 29 A D 2d 771; *People ex rel. Shults* v. *Follette*, 29 A D 2d 658; *People ex rel. Marshall* v. *Cyrta*, 29 A D 2d 542; *People ex rel. Duncan* v. *Follette*, 28 A D 2d 1009; *People ex rel. Fields* v. *Follette*, 28 A D 2d 1091;

*People ex rel. Lynch* v. *Deegan,* 29 A D 2d 693). Christ, Acting P. J., Brennan, Rabin, Benjamin and Martuscello, JJ., concur.